| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Greenwood Forest Apartments, LLC (f/k/a Greenwood Enterprises LLC)

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

FDBA   GREENWOOD ENTERPRISES, LLC (TIN90-0456778)

**3. Debtor's federal Employer Identification Number** (EIN)
46-4586247
90-0456778

**4. Debtor's address**

Principal place of business

5173 Baker Blvd #D
Baker, LA 70714
Number, Street, City, State & ZIP Code

East Baton Rouge
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:  _____

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 1

Debtor **Greenwood Forest Apartments, LLC (f/k/a Greenwood Enterprises LLC)**     Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | **M.D. Louisiana** | **8/07/18** | **18-10877** |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

Debtor **Greenwood Forest Apartments, LLC (f/k/a Greenwood Enterprises LLC)**  Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Greenwood Forest Apartments, LLC (f/k/a Greenwood Enterprises LLC)**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2019**
MM / DD / YYYY

X **/s/ Dionna Richardson**                                   **Dionna Richardson**
Signature of authorized representative of debtor              Printed name

Title    **Officer and Manager**

**18. Signature of attorney**

X **/s/ Pamela Magee**                                        Date **August 20, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**Pamela Magee 17476**
Printed name

**Attorney Pamela Magee LLC**
Firm name

**P O Box 59**
**Baton Rouge, LA 70821**
Number, Street, City, State & ZIP Code

Contact phone **(225) 367-4662**    Email address **pam@AttorneyPamMagee.com**

**17476 LA**
Bar number and State

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re  **Greenwood Forest Apartments, LLC (f/k/a Greenwood Enterprises LLC)**   Case No. _____
Debtor(s)

# MAILING LIST

## Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

## DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising __3__ pages, is true and correct. Signed on __August 20, 2019__.**

Signed:  **/s/ Dionna Richardson**
**Dionna Richardson**
**Officer and Manager**

Signed:  **/s/ Pamela Magee**
**Pamela Magee 17476**
**Attorney Pamela Magee LLC**
**P O Box 59**
**Baton Rouge, LA 70821**
Telephone: **(225) 367-4662**
Facsimile:
E-Mail: **pam@AttorneyPamMagee.com**
(ATTORNEY FOR THE DEBTOR)

```
Office of the U.S. Trustee, Region V
400 Poydras Street, Suite 2110
New Orleans, LA 70130

Office of the U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801

Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

IRS District Counsel
PO Box 30509
New Orleans, LA 70190

A-1 Flooring & Services LLC
c/o Blake Harris
19785 Palmer Rd
Livingston, LA 70754

Citibank, NA
PO Box 6077
Sioux Falls, SD 57117

Citimortgage Inc.
PO Box 10002
Hagerstown, MD 21747

Dean Morris LLP
1505 North 19th St
Monroe, LA 71201-4941

Dean Morris LLP (Deutsche bank)
1505 North 19th St
Monroe, LA 71201-4941

Dean Morris, LLP
PO Box 2867
Monroe, LA 71207

Deutsche Bank
60 Wall Street
New York, NY 10005

Deutsche Bank, Trustee
c/o Herschel C. Adcock Jr. attorney
P O Box 87379
Baton Rouge, LA 70879
```

```
Dionna Richardson
3408 Angelique Dr
Violet, LA 70092

EBR Parish Acadian Trails Trust
c/o Charles Russell
1192 E. Draper Parkway Suite 434
Draper, UT 84020

Herschel C Adcock Jr. Law Office
13541 Tiger Bend Rd
Baton Rouge, LA 70817

Herschel C Adcock Jr; Corey Giroir
13541 Tigerbend Rd
Baton Rouge, LA 70817

HSBC Bank USA, NA
PO Box 2013
Buffalo, NY 14240

HSBC Mortgage Services
PO Box 1231
Brandon, FL 33509-1231

Kizer Hood & Morgan LLP
2111 Quail Run Dr.
Baton Rouge, LA 70808

Kizer, Hood & Morgan LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Law Office of Herschel C. Adcock, Jr.
PO Box 87379
Baton Rouge, LA 70879

Main Street Business Loans
United Cash Solutions
217 Woodland Lakes Dr
La Grange, KY 40031

Ocwen Loan Servicing
PO Box 24781
Bankruptcy Dept
West Palm Beach, FL 33416

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117

Wanek Kirsch Davies LLC
1340 Poydras Street
Suite 1810
New Orleans, LA 70112
```

```
Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335
```